

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00280-CV

———————————————————

MICHAEL BRYANT MARTINEZ, Appellant

V.

JASMINE REBECCA BROWN, Appellee

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-708018-21

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant Michael Bryant Martinez, proceeding pro se, seeks to appeal the trial court's sanctions order that ordered him to pay $1,800 to Appellee Jasmine Rebecca Brown.[1]

On August 29, 2023, we notified Martinez of our concern that we lack jurisdiction over this appeal because the sanctions order does not appear to be a final judgment or appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that, generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute); *Sanchez v. Spiral Diner & Bakery*, No. 02-22-00185-CV, 2022 WL 2753446, at *1 (Tex. App.—Fort Worth July 14, 2022, no pet.) (mem. op.) ("A sanctions order that does not dispose of all parties and all issues is not an appealable order."); *Rohani v. Tastee Kreme #2 Inc.*, No. 05-21-01161-CV, 2022 WL 632168, at *1 (Tex. App.—Dallas Mar. 4, 2022, no pet.) (mem. op.) ("It is well-settled that an appeal may not be taken from an interlocutory discovery sanctions order.").

We informed Martinez that unless he or any party desiring to continue the appeal filed a response by September 8, 2023, showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

---

[1]From what we can glean from the sanctions order and Martinez's notice of appeal, the sanctions order was entered due to Martinez's failure to respond to discovery and/or to provide documents responsive to discovery requests.

Martinez has not filed a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Sanchez*, 2022 WL 2753446, at *1; *Rohani*, 2022 WL 632168, at *1.

Dana Womacki

Dana Womack
Justice

Delivered: October 19, 2023